## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CRAIG CAMPBELL, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.:  05-00467 |
| | ) | |
| vs. | ) | |
| | ) | Hon. Joy Flowers Conti |
| CITY OF NEW KENSINGTON, | ) | Hon. Lisa Pupo Lenihan |
| DONALD E. BOWERS, JOHN W. | ) | |
| REGOLI, JR., MICHAEL J. LANGER, | ) | |
| DOUGLAS J. AFTANAS, FRANK E. | ) | |
| LINK, JR., RICHARD JACOBUS, | ) | |
| CHARLES KORMAN, and | ) | |
| CHRISTOPHER E. NICHOLS, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

AND NOW, this _27th_ day of March, 2006, it is hereby ORDERED that Plaintiff

Craig Campbell's Motion to Quash Subpoena is DENIED.  Plaintiff is further ordered to appear

and testify at his scheduled deposition on Friday, March 31, 2006 at 10:00 a.m. in the law offices

of Strassburger, McKenna, Gutnick & Potter, P.C. as indicated in his Notice of Deposition and

accompanying Subpoena.

_____ J.

**Lisa Pupo Lenihan**
**U.S. Magistrate Judge**

CC: All Parties of Record.