IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CRAIG CAMPBELL,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF NEW KENSINGTON,<br>DONALD E. BOWERS, JOHN W.<br>REGOLI JR., MICHAEL J. LANGER<br>DOUGLAS J. AFTANAS, FRANK E.<br>LINK JR., RICHARD JACOBUS,<br>CHARLES FORMAN, CHRISTOPHER<br>E. NICHOLS,<br>　　　　　Defendants. | Civil Action No. 05-0467<br><br><br>District Judge Joy Flowers Conti<br>Magistrate Judge Lisa Pupo Lenihan |

## ORDER

On March 8, 2006, this Court entered a Report and Recommendation (Doc. No. 30) recommending that Defendant Christopher Nichols' Motion to Dismiss Second Amended Complaint at Doc. No. 26 be denied. On March 10, 2006, at Doc. No. 31, Defendant Christopher Nichols filed a Notice of Withdrawal of his Motion to Dismiss at Doc. No. 26. This Court shall interpret this Notice as a Motion to Withdrawal Defendant Nichols' Motion to Dismiss Second Amended Complaint, and rescinds its Report and Recommendation at Doc. No. 30. It is hereby **ORDERED** that Defendant Nichols' Motion to Withdraw at Doc. No. 31 is GRANTED.

**IT IS FURTHER ORDERED** that in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1)(A), and Local Rule 72.1.3, the parties are allowed ten (10) days from the date of service to file an appeal from this order to the District Court. Any opposing party shall have

seven (7) days from the date of service of the appeal to respond thereto. Failure to timely file an appeal may consitute a waiver of any appellate rights.

LISA PUPO LENIHAN
United States Magistrate Judge

Dated: March 29, 2006

cc: The Honorable Joy Flowers Conti
United States District Judge

Craig Campbell
435 Violet Drive
Lower Burrell, PA 15068

Edmond R. Joyal, Jr.
Law Office of Joseph S. Weimer
975 Two Chatham Center
Pittsburgh, PA 15219