IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CRAIG CAMPBELL, | ) |
| | ) Civil Action No. 05 - 467 |
| Plaintiff, | ) |
| | ) Judge Joy Flowers Conti |
| v. | ) Magistrate Judge Lisa Pupo Lenihan |
| | ) |
| CITY OF NEW KENSINGTON, et al, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Pursuant to the Status Conference held April 26, 2006 before this Court,

**IT IS ORDERED** this 28th day of April, 2006, that the Motion to Suspend Proceedings (Doc. No. 37) is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff is allowed ten (10) days from this date to appeal this order to a district judge pursuant to Rule 72.1.3(B) of the Local Rules for Magistrates. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

Lisa Pupo Lenihan
United States Magistrate Judge

cc: Craig Campbell
435 Violaet Drive
Lower Burrell, PA 15068

Edmond R. Joyal, Jr.
Law Office of Joseph S. Weimer
975 Two Chatham Center
Pittsburgh, PA  15219

Robert L. Potter
Timothy Fedele
Strassburger McKenna Gutnik & Potter
Four Gateway Center
444 Liberty Avenue
Suite 2200
Pittsburgh, PA  15222