IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CRAIG CAMPBELL, )<br>          Plaintiff, )<br>)<br>    v. )<br>)<br>CITY OF NEW KENSINGTON, )<br>DONALD E. BOWERS, JOHN W. )<br>REGOLI JR., MICHAEL J. LANGER )<br>DOUGLAS J. AFTANAS, FRANK E. )<br>LINK JR., RICHARD JACOBUS, )<br>CHARLES FORMAN, CHRISTOPHER )<br>E. NICHOLS, )<br>          Defendants. ) | Civil Action No. 05-0467<br><br>District Judge Joy Flowers Conti<br>Magistrate Judge Lisa Pupo Lenihan |

**MEMORANDUM ORDER**

Plaintiff's Complaint was received by the Clerk of Court on April 8, 2005 and was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrate's Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates. The Plaintiff filed a Motion for Temporary Restraining Order on October 10, 2006. (Doc. No. 54.)

The Magistrate Judge's Report and Recommendation (Doc. No. 56) filed on October 16, 2006, recommended that Plaintiff's Motion for Temporary Restraining Order (Doc. No. 54) be denied. Service was made on all counsel of record. The parties were informed that in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1)(B) and (C), and Rule 72.1.4(B) of the Local Rules for Magistrates, that they had ten (10) days to file any objections. Plaintiff filed

Objections to the Report and Recommendation (Doc. No. 58) on October 24, 2006. This Court has reviewed the Plaintiff's Objections and notes that Plaintiff has raised issues previously raised in his Motion for Temporary Restraining Order and considered by the Magistrate Judge. Further, Plaintiff has chosen to prosecute this matter in light of his own health issues. After review of the pleadings and the documents in the case, together with the Report and Recommendation and the objections thereto, the following Order is entered:

**AND NOW,** this 31st day of **October**, 2006;

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Temporary Restraining Order (Doc. No. 54) is **DENIED.**

**IT IS FURTHER ORDERED** that the Report and Recommendation (Doc. No.56) of Magistrate Judge Lenihan, dated October 16, 2006, is adopted as the Opinion of the Court.

/s/ Joy Flowers Conti
The Honorable Joy Flowers Conti
United States District Judge

cc: The Honorable Lisa Pupo Lenihan
    United States Magistrate Judge

    All counsel of record

    Craig Campbell
    435 Violet Drive
    Lower Burrell, PA  15068