IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CRAIG CAMPBELL,                                     CIVIL ACTION NO. 05-0467

        Plaintiff,

  v.

CITY OF NEW KENSINGTON,
DONALD E. BOWERS, JOHN W.
REGOLI, JR., MICHAEL J. LANGER,
DOUGLAS J. AFTANAS, FRANK E.
LINK, JR., RICHARD JACOBUS,
CHARLES KORMAN and
CHRISTOPHER E. NICHOLS,

        Defendants.

## ORDER OF COURT

AND NOW, this 2nd day of January, 2007, upon consideration of the within Motion to Compel Discovery from Plaintiff, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is GRANTED. Although the issue should have been raised during the conference with the Court on December 13, the discovery requests are in compliance with the federal rules, Plaintiff's arguments notwithstanding.

It is hereby ordered that Plaintiff, Craig Campbell, is to respond to Defendants' Interrogatories and Request for Production of Documents within fifteen (15) days from the date of this Order or the Plaintiff shall suffer the sanction of dismissal of this case with prejudice.

BY THE COURT:

_____ J.
Lisa Pupo Lenihan
U.S. Magistrate Judge