IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CRAIG CAMPBELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 05-0467 |
| vs. | ) |
| | ) |
| CITY OF NEW KENSINGTON, | ) Judge Conti |
| DONALD E. BOWERS, MICHAEL J. | ) Magistrate Judge Lenihan |
| LANGER, JOHN W. REGOLI, JR., | ) |
| DOUGLAS J. AFTANAS, FRANK E. | ) |
| LINK, JR., RICHARD JACOBUS, | ) |
| CHARLES KORMAN, AND | ) |
| CHRISTOPHER E. NICHOLS, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM ORDER

Plaintiff's Complaint was received by the Clerk of Court on April 8, 2005 and was referred to United States Magistrate Judge Lisa Pupo Lenihan in accordance with the Magistrate Judge's Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

The Magistrate Judge's Report and Recommendation (Doc. No. 90) filed on July 27, 2007, recommended that the Motion for Summary Judgment filed by Christopher E. Nichols be granted. It was also recommended that the Motion for Summary Judgment filed by Defendants Charles Korman, Donald E. Bowers, Douglas J. Aftanas, Michael J. Langer, John W. Regoli, Jr., Richard Jacobus, Frank E. Link, Jr., and City of New Kensington be granted. Service was made on all counsel of record and Plaintiff, pro se. The parties were informed that in accordance with the Magistrate Judge's Act, 28 U.S.C. § 636(b)(1)(B) and (C), and Rule

72.1.4(B) of the Local Rules for Magistrate Judges, that they had ten (10) days to file any objections. Plaintiff filed a Motion for Extension of Time to File Objections (Doc. No. 91) on August 2, 2007. The Magistrate Judge granted Plaintiff's Motion for Extension of time (Doc. No. 92) and extended Plaintiff's time for filing Objections until September 13, 2007. Plaintiff filed Objections to the Report and Recommendation (Doc. No. 94) on August 16, 2007. The Court reviewed Plaintiff's objections which did not raise matters that warrant a reversal of the Report and Recommendation. For the reasons set forth on the Report and Recommendation Plaintiff lacks standing to sue Defendant Christopher E. Nichols and, in any event, Defendant Nichols is protected by absolute immunity. With respect to the other Defendants, Plaintiff's claims are barred by the statute of limitations. After review of the pleadings and the documents in the case, together with the Report and Recommendation and the Objections thereto, the following Order is entered:

**AND NOW,** this 31st day of August, 2007;

**IT IS HEREBY ORDERED** that Defendant Christopher E. Nichols' Motion for Summary Judgment is granted.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment filed by Defendants Charles Korman, Donald E. Bowers, Douglas J. Aftanas, Michael J. Langer, John W. Regoli, Jr., Richard Jacobus, Frank E. Link, Jr., and City of New Kensington is granted.

**IT IS FURTHER ORDERED** that the Report and Recommendation (Doc. No. 90) of Magistrate Judge Lenihan, dated July 27, 2007, is adopted as the Opinion of the Court.

The Clerk shall mark this case closed.

                                           <u>/s/ Joy Flowers Conti</u>
                                           Joy Flowers Conti
                                           United States District Judge

cc:     Lisa Pupo Lenihan
        United States Magistrate Judge

        All counsel of record

        Craig Campbell
        435 Violet Drive
        Lower Burrell, PA 15068